UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICK JAMES FREDERICKS,

      Plaintiff,                                          Case No: 1:12-cv-1234

v.                                                    HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.
_____/

## **ORDER**

      Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration.  42 U.S.C. § 405(g).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on May 13, 2014, recommending that this Court vacate the Commissioner's decision and the matter be remanded to the Commissioner for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

      **IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 21) is APPROVED and ADOPTED as the Opinion of the Court and the decision of the Commissioner of Social Security is VACATED and this matter is REMANDED.

      A Judgment will be entered consistent with this Order.


Dated:  June 3, 2014                                           /s/ Janet T. Neff
                                                              JANET T. NEFF
                                                              United States District Judge