UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICK JAMES FREDERICKS,

      Plaintiff,                     Case No. 1:12-cv-1234

v.                                   HON. JANET T. NEFF

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g). Plaintiff filed a Motion for attorney fees (Dkt 24). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on July 25, 2014, recommending that this Court grant in part and deny in part the motion. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 26) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for attorney fees (Dkt 24) is GRANTED IN PART AND DENIED IN PART for the reasons stated in the Report and Recommendation.

A Judgment will be entered consistent with this Order.

Dated: August 14, 2014                             /s/Janet T. Neff
                                                       JANET T. NEFF
                                                       United States District Judge