UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICK JAMES FREDERICKS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

Case No. 1:12-cv-1234

HON. JANET T. NEFF

### ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g). Plaintiff's counsel filed a Motion for Attorney Fees Under 42 U.S.C. § 406(b) (Dkt 29). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on December 21, 2016, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 33) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Attorney Fees Under 42 U.S.C. § 406(b) (Dkt 29) is GRANTED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff's counsel is awarded twelve thousand, eight hundred sixty-two dollars and fifty cents ($12,862.50), payable from Plaintiff's award of past-due benefits as provided by statute.

Dated: January 6, 2017

    /s/Janet T. Neff
    JANET T. NEFF
    United States District Judge